CR96C AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

### EASTERN District of VIRGINIA



FILED IN OPEN COURT
SEP 1 0 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| v. | Case No. 4:25cr58 |
| Brady Beck Fant *Defendant* | |

Upon motion of the _____ United States _____ detention hearing is set for __9/15/25__ * at __2:00 pm__
                                                        Date                          Time

before _____ United States Magistrate Judge _____
                        Name of Judicial Officer

__Newport News__ ~~Norfolk,~~ Virginia
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
Other Custodial Official

Date: __9/10/25__    _____/s/_____
                              Judge

\* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.